UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60935-CIV-SMITH

KENNY MOHAN,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.
_____/

### ORDER AFFIRMING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Lisette Reid's Report and Recommendation [DE 4], which recommends dismissal of Plaintiff's Petition [DE 1] as an unauthorized successive petition. Petitioner filed a Response to the Report and Recommendation [DE 5]. Petitioner does not object to the Magistrate Judge's legal or factual conclusion or analysis. Rather, Petitioner indicates he "agrees with the contents of the Report" and explains he was "ignorant" of the requirement to seek leave of the Eleventh Circuit prior to filing another petition. Upon consideration, it is

**ORDERED** that the Report and Recommendation [DE 4] is **AFFIRMED AND ADOPTED**:

    1) This case is **DISMISSED** for lack of jurisdiction because Petitioner failed to obtain from the Eleventh Circuit Court of Appeals the authorization required by 28 U.S.C. § 2244(b)(3).

    2) All pending motions not otherwise ruled on are **DENIED AS MOOT**.

    3) This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of August 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE